IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BW
USDC- GREENBELT
'23 AUG 18 PM 1:29

TAMARA S. KNOTT

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

ALL IN ONE MOVING COMPANY

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. TJS 23CV2260

(to be filled in by the Clerk's Office)

Jury Trial:   ☐ Yes   ☐ No
(check one)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: TAMARA S. KNOTT
Street Address: P.O. BOX 615
City and County: California
State and Zip Code: MD 20619
Telephone Number: (050) 029.9127
E-mail Address: knotts27@hotmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: ALL IN ONE MOVING\&STORAGE COMPANY
Job or Title (if known):
Street Address: 218 Central Rd.
City and County: Fredericksburg
State and Zip Code: Virginia 22401
Telephone Number: 703·537·6186 or 6187 (571)408·4893
E-mail Address (if known): claims@a1omoving.com

or (540) 373·7666 EXT. 409

2

Defendant No. 2

    Name                      _____

    Job or Title (if known)    _____

    Street Address           _____

    City and County         _____

    State and Zip Code     _____

    Telephone Number      _____

    E-mail Address (if known) _____

Defendant No. 3

    Name                      _____

    Job or Title (if known)    _____

    Street Address           _____

    City and County         _____

    State and Zip Code     _____

    Telephone Number      _____

    E-mail Address (if known) _____

Defendant No. 4

    Name                      _____

    Job or Title (if known)    _____

    Street Address           _____

    City and County         _____

    State and Zip Code     _____

    Telephone Number      _____

    E-mail Address (if known) _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____
   _____
   _____

5

### III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On or about April 15, 2022, ~~My the~~ furniture items of question were delivered by All in One Moving & Storage Company, to then and now said residence from government storage.

Several items were unpacked or unwrapped (plastic) and brought into the residence, not in the same manner (broken, dented, ripped, dropped) as picked up on its original date, which was on or about September 3, 2021.

Since on or about May 2022 to present I have tried to receive the ~~amount on of items damg~~ dollar amount of items damaged to either replace or repair.

To no avail this has not occurred. I have either been told money has been Mailed (over 1 yr ago) or needing me to verify an address that the company clearly has.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Respect Respectfully request the court to find in my favor the amount of $5000.00 for items damaged upon delivery to home. As of to date, August 18, 2023 the claim has not been settled. Below are the items damaged that have not been rectified. I have before and after pictures that can be provided upon court date. Also, a video of couch delivery when left out in the elements and the type of packaging used on it.

Damages claim

Custom Made L-shaped (oversized) blue couch for $3038.29 (Broken/ripped)

Leather Fabric chair $750.00 (broken/torn)

General Electric Dryer $899.00 (dented)

Bed Frame $100.00 (broken)

(4) Mattress Box Spring Casings $52.34 (dirty cannot be repaired)

(2) BOX SPRINGS plastics $350.00 (ripped w/pest inside)

- Additionally, request that the court has defendant pay all court fees owed or that may come due.

7

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 18, 2023

Signature of Plaintiff      *Tamara Knott*
Printed Name of Plaintiff   KNOTT, TAMARA

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
Email Address               _____